| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF INDIANA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Indy National Leasing LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
84-2260014

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 11734 W US Hwy 24 | |
| Wolcott, IN 47995 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| White | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Indy National Leasing LLC**     Case number (*if known*)
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor  **Indy National Leasing LLC**_____  Case number (*if known*)_____
        Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49           ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99          ☐ 5001-10,000        ☐ 50,001-100,000
☐ 100-199        ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☑ $0 - $50,000             ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000       ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000             ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion

Official Form 201         **Voluntary Petition for Non-Individuals Filing for Bankruptcy**         page 3

Debtor **Indy National Leasing LLC**     Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Case 24-40138-reg    Doc 1    Filed 05/31/24    Page 4 of 13

Debtor   **Indy National Leasing LLC**                                              Case number (*if known*)
         Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 31, 2024**
              MM / DD / YYYY

**X** **/s/ Stefan Trifan**                                    **Stefan Trifan**
     Signature of authorized representative of debtor          Printed name

Title   **Sole Member**

**18. Signature of attorney**

**X** **/s/ Weston E. Overturf**                               Date   **May 31, 2024**
     Signature of attorney for debtor                                 MM / DD / YYYY

**Weston E. Overturf**
Printed name

**Kroger, Gardis & Regas, LLP**
Firm name

**111 Monument Circle**
**Suite 900**
**Indianapolis, IN 46204**
Number, Street, City, State & ZIP Code

Contact phone   **317-777-7443**        Email address

**27281-49 IN**
Bar number and State

(6/2010)

# United States Bankruptcy Court
## Northern District of Indiana

In re __Indy National Leasing LLC__                                    Case No. _____

                        Debtor(s)                                       Chapter   __11__

# VERIFICATION OF CREDITOR MATRIX

The above-named debtor(s) verifies under penalty of perjury that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  __May 31, 2024__                    __/s/ Stefan Trifan__
                                            __Stefan Trifan__/__Sole Member__
                                            Signer/Title

ALADDIN CAPITAL, INC.
1201 W RUSSELL ST.
SIOUX FALLS, SD 57104


APL CARGO INC.
11738 W US HIGHWAY 24
WOLCOTT, IN 47995


APL CARGO INC.
11738 W US HIGHWAY 24
WOLCOTT, IN 47995


APL GS MANAGEMENT CORP.
2204 RAIMBOW DR.
WEST LAFAYETTE, IN 47906


APL SHOP AND REPAIRS
2204 RAINBOW DR.
WEST LAFAYETTE, IN 47906


APL TRUCK TRAILER LEASING AND SALE
2204 RAINBOW DR.
WEST LAFAYETTE, IN 47906


BMO HARRIS BANK N.A.
3925 FOUNTAINS BLVD NE
CEDAR RAPIDS, IA 52411


BMO HARRIS BANK N.A.
3925 FOUNTAINS BLVD NE
CEDAR RAPIDS, IA 52411


BMO HARRIS BANK N.A.
3925 FOUNTAINS BLVD NE
CEDAR RAPIDS, IA 52411

```
BMO HARRIS BANK N.A.
3925 FOUNTAINS BLVD NE
CEDAR RAPIDS, IA 52411


BMO HARRIS BANK N.A.
3925 FOUNTAINS BLVD NE
CEDAR RAPIDS, IA 52411


BMO HARRIS BANK N.A.
3925 FOUNTAINS BLVD NE
CEDAR RAPIDS, IA 52411


BMO HARRIS BANK N.A.
3925 FOUNTAINS BLVD NE
CEDAR RAPIDS, IA 52411


BMO HARRIS BANK N.A.
3925 FOUNTAINS BLVD NE
CEDAR RAPIDS, IA 52411


BMO HARRIS BANK N.A.
3925 FOUNTAINS BLVD NE
CEDAR RAPIDS, IA 52411


BMO HARRIS BANK N.A.
3925 FOUNTAINS BLVD NE
CEDAR RAPIDS, IA 52411


BMO HARRIS BANK N.A.
3925 FOUNTAINS BLVD NE
CEDAR RAPIDS, IA 52411


CHALMERS ESTATES LLC
1201 CUMBERLAND AVE.
WEST LAFAYETTE, IN 47906
```

```
CIMC CAPITAL
1100 NORTH MARKET ST.
WILMINGTON, DE 19890


CIMC CAPITAL
1100 NORTH MARKET ST.
WILMINGTON, DE 19890


CIMC CAPITAL
1100 NORTH MARKET ST.
WILMINGTON, DE 19890


COBALT FUNDING
99 WALL STREET SUITE 3618
NEW YORK, NY 10005


COLUMBIA REAL ESTATE, LLC
2204 RAINBOW DR.
WEST LAFAYETTE, IN 47906


CROSSROADS EQUIPMENT LEASE AND FINANCE
9385 HAVEN AVE.
RANCHO CUCAMONGA, CA 91730


CROSSROADS EQUIPMENT LEASE AND FINANCE
9385 HAVEN AVE.
RANCHO CUCAMONGA, CA 91730


FLAGSTAR BANK, N.A.
100 DUFFY AVE. SUITE 402
HICKSVILLE, NY 11801


FLAGSTAR BANK, N.A.
100 DUFFY AVE. SUITE 402
HICKSVILLE, NY 11801
```

```
FNCB BANK D/B/A 1ST EQUIPMENT FINANCE
1625 WYOMING AVE.
PITTSTON, PA 18643


INDIANA DEPARTMENT OF REVENUE
ATTN: BANKRUPTCY SECTION
100 N. SENATE AVE. N-240 MS 108
INDIANAPOLIS, IN 46204


INTERNAL REVENUE SERVICE
201 E RUDISILL BLVD.
FORT WAYNE, IN 46806


JRG FUNDING
180 MAIDEN LANE
NEW YORK, NY 10038


M&K FINANCIAL
4350 CLYDE PARK AVE. SW
WYOMING, MI 49509


M&T CAPITAL AND LEASING CORP
C/O CT CORPORATION SYSTEM
334 NORTH SENATE AVE.
INDIANAPOLIS, IN 46204


MITSUBISHI HC CAPITAL AMERICA, INC.
800 CONNECTICUT AVE.
NORWALK, CT 06854


MITSUBISHI HC CAPITAL AMERICA, INC.
800 CONNECTICUT AVE.
NORWALK, CT 06854


MITSUBISHI HC CAPITAL AMERICA, INC.
800 CONNECTICUT AVE.
NORWALK, CT 06854
```

MITSUBISHI HC CAPITAL AMERICA, INC.
800 CONNECTICUT AVE.
NORWALK, CT 06854


MITSUBISHI HC CAPITAL AMERICA, INC.
800 CONNECTICUT AVE.
NORWALK, CT 06854


MITSUBISHI HC CAPITAL AMERICA, INC.
800 CONNECTICUT AVE.
NORWALK, CT 06854


MITSUBISHI HC CAPITAL AMERICA, INC.
800 CONNECTICUT AVE.
NORWALK, CT 06854


MITSUBISHI HC CAPITAL AMERICA, INC.
800 CONNECTICUT AVE.
NORWALK, CT 06854


MITSUBISHI HC CAPITAL AMERICA, INC.
800 CONNECTICUT AVE.
NORWALK, CT 06854


MITSUBISHI HC CAPITAL AMERICA, INC.
800 CONNECTICUT AVE.
NORWALK, CT 06854


PACAAR FINANCIAL
PO BOX 1518
BELLEVUE, WA 98009


PATHWARD, N.A. F/K/A CRESTMARK
5501 SOUTH BROADBAND LN.
SIOUX FALLS, SD 57108

```
PNC BANK, N.A.
THE TOWER AT PNC PLAZA
300 FIFTH AVE.
PITTSBURGH, PA 15222


PNC BANK, N.A.
THE TOWER AT PNC PLAZA
300 FIFTH AVE.
PITTSBURGH, PA 15222


PRUT PROPERTIES LLC
2204 RAINBOW DR.
WEST LAFAYETTE, IN 47906


SIEMENS FINANCIAL SERVICES INC.
170 WOOD AVE. S FL 1
ISELIN, NJ 08830


SIGNATURE FINANCIAL AND LEASING LLC
12100 NE 195TH ST. SUITE 315
BOTHELL, WA 98011


STEFAN TRIFAN
2204 RAINBOW DR.
WEST LAFAYETTE, IN 47906


SUMITOMO MITSUI FINANCE AND LEASING
666 THIRD AVE.
NEW YORK, NY 10017


TBK BANK, SSB
12700 PARK CENTRAL DR.
DALLAS, TX 75251


TRANSPORT ALLIANCE BANK INC.
4185 HARRISON BLVD.
OGDEN, UT 84403
```

TRANSPORT ALLIANCE BANK INC.
4185 HARRISON BLVD.
OGDEN, UT 84403


TRANSPORT ALLIANCE BANK INC.
4185 HARRISON BLVD.
OGDEN, UT 84403


TRIFAN S INC.
2204 RAINBOW DR.
WEST LAFAYETTE, IN 47906


UNITED LEASING & FINANCE
3700 MORGAN AVE.
EVANSVILLE, IN 47715


UNITED LEASING & FINANCE
3700 MORGAN AVE.
EVANSVILLE, IN 47715


US 24 TRUCK AND TRAILER REPAIR CO.
2204 RAINBOW DR.
WEST LAFAYETTE, IN 47906


VFS LEASING CO.
PO BOX 26131
GREENSBORO, NC 27402